JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ECHOSTAR CORPORATION and ECHOSTAR TECHNOLOGIES L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>GUARDIAN MEDIA TECHNOLOGIES, LTD.,<br><br>Defendant. | Case No. 2:09-cv-4605-R(RCx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

The Court, having considered the parties' Stipulation for Dismissal, and having found good cause for the relief requested therein, hereby ORDERS that this action is dismissed with prejudice, with each side to bear its own costs.

IT IS SO ORDERED.

Dated: September 2, 2009

Honorable Manuel L. Real
United States District Judge